UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**Ashley Adams,**

       Plaintiff,

vs.

**Nuco Health LLC** d/b/a **HealthRise,**
a Michigan limited liability corporation,
**HealthRise Business Intelligence LLC**
d/b/a **Qodex,** a Michigan limited
liability corporation, **David Farbman,**
**Ryan McKindles**, and **Peter Joseph,**

       Defendants.

Case No. 22-cv-12770
Hon. F. Kay Behm
Mag. Elizabeth A. Stafford

_____

| **Raymond J. Carey & Associates, PLLC** | **PLUNKETT COONEY** |
|---|---|
| Raymond J. Carey (P33266) | Courtney L. Nichols (P75160) |
| Attorneys for Plaintiff | Attorneys for Defendants |
| 30500 Northwestern Hwy., Suite 425 | 38505 Woodward Avenue, Suite 100 |
| Farmington Hills, MI 48334 | Bloomfield Hills, MI 48304 |
| (T) 248-865-0001 | (T) 248-594-6360 |
| rcarey@work-lawyers.com | cnichols@plunkettcooney.com |

_____

### **STIPULATED ORDER OF DISMISSAL**

      The above matter having come before this Honorable Court, the parties having stipulated thereto and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that the above-captioned matter be, and the same is hereby dismissed and discontinued with prejudice and without costs as to the parties hereto.

This Order resolves all pending claims and closes the case.

**SO ORDERED**.

Date: July 3, 2024

s/F. Kay Behm
F. Kay Behm
United States District Judge

**STIPULATED AND AGREED BY:**

| | |
|---|---|
| */s/ Raymond Carey* | */s/ Courtney L. Nichols* |
| **Raymond J. Carey & Associates, PLLC** | **PLUNKETT COONEY** |
| Raymond J. Carey (P33266) | Courtney L. Nichols (P75160) |
| Attorneys for Plaintiff | Attorneys for Defendants |
| 30500 Northwestern Highway, Suite 425 | 38505 Woodward Avenue, Suite 100 |
| Farmington Hills, MI 48334 | Bloomfield Hills, MI 48304 |
| (248) 865-0001 / (248) 865-0002 (fax) | (T) 248-594-6360 |
| rcarey@work-lawyers.com | cnichols@plunkettcooney.com |